371 A.2d 514
Commonwealth ex rel. Molettiere v.
Molettiere, Appellant.

Support proceedings. Before MOSS, J. Support order entered in the amount of $56.00, per week, for relatrix. Respondent appealed. Appeal, No. 1447, Oct. T., 1976, from Court of Common Pleas of Montgomery County, Oct. T., 1975, No. 4482. Argued September 13, 1976. B. Weinstock, with him Wilbur Greenberg, for ap-

pellant; John F. Solomon, Jr., with him Henderson, Wetherill, O'Hey & Horsey, for appellee.

Order affirmed.